IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

TAD MAYFIELD, )
  )
  Plaintiff, )
  )
v. ) Case No. 2:21-CV-4059-MDH
  )
DANA RADEMAN MILLER, et al., )
  )
  Defendants. )

## DECLARATION OF BRANDON L. CORL

Pursuant to 28 U.S.C.§ 1746, I, Brandon Corl, hereby declare as follows:

1. I make the following declaration of my personal knowledge and could competently testify to the facts set forth herein if called as a witness. I am over the age of 21 years.

2. I graduated from the University of Missouri-Columbia School of Law in 2006. Following law school, I served as law clerk to the Honorable Jack Grate in Division 17 of the Circuit Court of Jackson County, Missouri, from October 2006 to August 2008. Since completing this clerkship, I have been engaged in the private practice of law for the last approximately 14-plus years.

3. I was admitted to practice law in the State of Missouri in 2006, the State of Kansas in 2007, the United States District Court for the Western District of Missouri in 2008, the United States District Court for the District of Kansas in 2008, and the United States District Court for the Eastern District of Missouri in 2021. I was also admitted to practice before the Missouri Western District Court of Appeals in 2019 upon oral argument before that Court. I am a member of the Missouri Association of Trial Attorneys and the Kansas City Chapter of the National Employment Lawyers Association.

4. In my current practice with Holman Schiavone, LLC, I concentrate on representing plaintiffs in personal injury and employment-related matters. I also have experience litigating products liability/mass torts cases in state and federal courts, including significant pretrial deposition and discovery work in federal multi-district litigation cases. Following my judicial clerkship, I worked at a law firm where my practice was primarily comprised of civil litigation defense.

5. In the years of 2013 to 2021, I was selected as a Rising Star in the Missouri and Kansas Super Lawyer publication by Thomson Reuters. In 2022, I was recognized as a Super Lawyer by this publication.

6. I have served in leadership positions in several bar-related organizations during my time as an attorney. During 2015-2016, I was the Chair of The Missouri Bar's Young Lawyers' Section Council. I have also served as the Young Lawyers' Section delegate to the American Bar Association's House of Delegates. I served as District 3 Representative to the YLS Council from 2010-2018 and, during that time, regularly represented the Council as a delegate from the YLS to the ABA's Young Lawyers Division assembly.

7. In addition, I have previously served as co-chair and co-vice chair for the Kansas City Metropolitan Bar Association Young Lawyers' Section's Public Service Committee; in these positions, I helped to coordinate the organization's Law Week, an annual event that includes activities to increase public awareness of legal issues and the role of legal professionals within the community.

8. The fee petition for the above-referenced matter is for services rendered as it relates to our law firm's representation of Plaintiff Tad Mayfield. The fee petition uses an hourly rate of $475.00 for my legal services by billing in six-minute increments, e.g., 0.1 represents 6 minutes

and 1.0 represents one hour. I believe this rate to be reasonable and within the range of fees customarily charged and in line with the prevailing market rates in the Mid-Missouri area for attorneys with my background and experience.

9. The hours I devoted to this litigation were reasonably necessary. The services I rendered in connection with this fee motion and related submissions were not duplicated by the work of others and are attached as **Exhibit B.**

10. The agreement entered into between Holman Schiavone, LLC and Plaintiff was a contingency fee in which Holman Schiavone, LLC agreed that it would not be paid unless Plaintiff received some monetary recovery. In addition, Holman Schiavone, LLC agreed to advance all legal expenses and costs related to the representation of Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of December 2022 in Kansas City, Missouri.

_____
Brandon L. Corl