# Attorney Hours – Kirk D. Holman

| Date | Hours | Task |
|---|---|---|
| 8/18/20 | 1.4 | Consultation with Mayfield regarding potential case |
| 9/1/20 | 1.2 | Review of documents and audio provided by Mayfield |
| 9/2/20 | 1.3 | Consultation with Mayfield regarding case venue, potential claims, qualified immunity |
| 10/3/20 | 7.2 | Legal Research on Qualified Immunity/Public Concern/COVID cases involving First Amendment-review of Pleadings and MTD Denial in Woolslayer v. Driscoll (WD-PA) |
| 11/4/20 | .3 | Consultation with Mayfield regarding new job and mitigation |
| 1/28/21 | .5 | Review of Audio Transcripts and notes regarding same |
| 1/29/21 | .4 | Legal Research regarding Legislative Immunity |
| 2/9/21 | 5.2 | Legal Research regarding Garcetti-review of petition for certiorari in Kennedy v. Bremerton/notes regarding same |
| 2/10/21 | .4 | Consultation with Mayfield decision to pursue federal claim in 8th Circuit |
| 2/25/21 | 4.4 | Draft Petition |
| 2/26/21 | .5 | Consultation with Mayfield regarding petition and claims |
| 3/5/21 | .2 | Consultation with House GC Scheiderer regarding service and claim |
| 3/23/21 | .2 | Review Order and Docket dates |
| 3/24/21 | 4.3 | Review of Notice of Removal and MTD/notes regarding same |
| 3/25/21 | .4 | Consultation with Mayfield regarding MTD |
| 3/28/21 | 6.4 | Draft Opposition to MTD |
|  | 2.3 | Review citations of defendant |
| 3/29/21 | 8.2 | Continue Draft Opposition to MTD |
| 3/30/21 | 6.1 | Finalize Draft Opposition to MTD |
| 4/7/21 | .3 | Consultation with Mayfield regarding MTD Response |
| 4/13/21 | 2.4 | Rule 26 Conference/review of Defendant's Rule 26 Disclosures/call to Mayfield regarding Disclosures/Draft Designation of Neutral |
| 5/1/21 | 1.4 | Review wage loss information from Mayfield |
| 5/2/21 | 1.5 | Draft Rule 26 Disclosures |
| 5/3/21 | 1.1 | Interview of Levi Barnes |
| 5/5/21 | .2 | Review Scheduling Order and Docket dates |
| 5/11/21 | .1 | Review of Correspondence from AG Blanton |
|  | 4.0 | Review of Documents Produced and notes regarding same |
| 5/13/21 | .4 | Review of Proposed Protective Order and drafting revisions |
| 5/22/21 | .1 | Review of Correspondence from AG Blanton |
|  | 6.4 | Review of Documents Produced and notes regarding same |
| 6/2/21 | .2 | Review of Order denying MTD |
|  | .3 | call to Mayfield regarding Order |
| 6/3/21 | 1.5 | Discussion with Mayfield regarding mediation, expectations, and demand |
| 6/8/21 | .1 | Review of Defendant's Suggestion of Death |
| 6/9/21 | .1 | Discussion with Mayfield regarding mediation |

| Date | Hours | Description |
|---|---|---|
| 6/10/21 | 1.1 | Attend Mediation |
| 6/16/21 | .5 | Review of Answer and Affirmative Defenses |
| 7/19/21 | 3.4 | Draft Discovery to Defendants White, Miller, and Haahr |
| 7/20/21 | 2.2 | Document review, case file work, timeline, reviewing documents produced by defendants |
| 8/16/21 | 3.1 | Review of Mayfield's discovery responses and documents assembled for production |
| 9/8/21 | 1.2 | Review of White and Miller Discovery responses/note regarding same |
| 9/17/21 | .3 | Draft Status Report |
| 9/20/21 | 12.5 | Document review, case file work, timeline, reviewing documents produced by defendants |
| 11/2/21 | 2.4 | Draft Stipulation regarding remote depositions |
| 12/13/21 | .3 | Call with AG Ray regarding scheduling of depositions |
| 12/17/21 | .1 | Draft Status Report |
| 1/22/22 | 5.5 | Document review/deposition prep for Scheiderer deposition |
| 1/28/22 | 1.5 | Deposition of Scheiderer |
| 2/16/22 | 10.4 | Document review/deposition prep for Miller and White depositions |
| 2/18/22 | 3.2 | Deposition of Miller |
|  | 1.2 | Deposition of White |
| 2/22/22 | 5.3 | Deposition Prep of Mayfield/review documents |
| 2/23/22 | 4.1 | Deposition of Mayfield |
|  | 1.0 | Deposition of Savage |
| 2/25/22 | 1.0 | Deposition of Seaton |
| 3/22/22 | 3.4 | Review of additional document production by Defendants |
| 4/26/22 | 3.4 | Review of Defendants' MSJ/notes regarding same |
|  | 4.4 | Review Deposition Citations in SOF |
| 4/27/22 | 6.1 | Draft Plaintiff's Statement of Facts |
| 4/28/22 | 2.1 | Continue Drafting Plaintiff's Statement of Facts |
|  | 7.1 | Review and summarize Mt. Healthy cases |
| 4/29/22 | 11.0 | Drafting Opposition to MSJ |
| 4/30/22 | 6.4 | Continue Drafting Opposition to MSJ |
| 5/10/22 | 5.1 | Continue Drafting Opposition to MSJ |
| 5/13/22 | 5.2 | Finalize Opposition to MSJ |
| 6/2/22 | .3 | Review of Defendants' reply in support of MSJ |
| 8/23/22 | 6.2 | Draft Proposed Joint Instructions |
| 8/25/22 | .2 | Hearing with Court regarding continuance |
| 10/15/22 | 3.1 | Draft Proposed Voir Dire |
|  | 4.1 | Draft Plaintiff Motion in Limine |
| 10/18/22 | 10.1 | Exhibits for exhibit List |
|  | .3 | Draft Witness List |
| 10/24/22 | .3 | Review of Defendants' Exhibit and Witness List |
|  | 2.4 | Draft objections to Defendants' Exhibit and Witness List |
| 10/25/22 | 1.4 | Draft Joint Pre-Trial Memorandum |
| 11/3/22 | .5 | Pretrial Conference |
| 11/4/22 | .4 | Consultation with Mayfield regarding Court Ordered Mediation |
| 11/8/22 | .2 | Mediation |

| 11/9/22 | 6.5 | Trial Prep with Mayfield |
| --- | --- | --- |
| 11/11/22 | 8.3 | Trial Prep |
| 11/13/22 | 2.2 | Travel to Jefferson City |
|  | 3.1 | Trial Prep |
| 11/14/22 | 6.5 | Trial Prep |
|  | 1.1 | Attend Court for AV use |
| 11/15/22 | 16.5 | First Day of Trial – and prep at hotel |
| 11/16/22 | 15 | 2nd Day of Trial |
| 11/17/22 | 2.1 | Travel from Jefferson City |
| 12/22/22 | 8.1 | Draft Motion for Fees and Expenses |
| 12/26/22 | 1.4 | Finalize Motion for Fees |
| **TOTAL** | **301.40** | |