Attorney Hours -- Brandon L. Corl
*Tad Mayfield v. Miller, et al.*
Case No. 2:21-CV-4059-MDH

| Date | Hours | Task |
| --- | --- | --- |
| 10/19/2022 | 2.2 | Research regarding motions in limine, draft response thereto |
| 10/20/2022 | 0.8 | Review/revise deposition designations, discussion with Holman regarding |
| 10/27/2022 | 0.1 | Review draft objections to witness list |
| 11/2/2022 | 2.1 | Review/analyze deposition designation videos |
| 11/3/2022 | 1 | Prepare for/attend pretrial conference by phone |
| 11/8/2022 | 0.1 | Appear for mediation |
| 11/8/2022 | 0.5 | Review file materials for preparation |
| 11/9/2022 | 4.8 | Trial preparation meeting with client |
| 11/10/2022 | 0.2 | Review defendant deposition designations, highlight transcript |
| 11/10/2022 | 1.4 | Review defendant document production |
| 11/11/2022 | 6.5 | Trial preparation (review documents, depositions, defendant exhibit list) |
| 11/12/2022 | 0.2 | Calls with Holman regarding motions in limine/evidentiary issues |
| 11/13/2022 | 2.3 | Travel from Kansas City, MO to Jefferson City |
| 11/13/2022 | 2 | Trial preparation |
| 11/14/2022 | 5 | Trial preparation, meeting with client, courthouse visit for A/V setup and store visit for tech equipment |
| 11/15/2022 | 11.2 | To/from hotel; Appear for trial, trial preparation |
| 11/16/2022 | 9.5 | To/from hotel; Appear for trial |
| 11/17/2022 | 2.1 | Travel from Jefferson City to Kansas City, MO |
| 11/28/2022 | 1 | Legal research regarding attorneys' fees |
| 12/20/2022 | 0.6 | Call with Holman, research on post-trial motions |
| **Total** | **53.6** | |