

**TBC VIDEO**
P. O. BOX 20
GREENWOOD, MO 64034 US
(816)221-3376
sue@tbcvideo.com
www.tbcvideo.com

# INVOICE

**BILL TO**
Mr. Kirk D. Holman
Holman Schiavone LLC
4600 Madison, #810
Kansas City, MO 64112-1237

**INVOICE #** 56264
**DATE** 02/22/2022
**DUE DATE** 02/22/2022
**TERMS** Due on receipt

TAX ID: 43-1501995

| DESCRIPTION | AMOUNT |
|---|---|
| Mayfield v. Haahr, et al. | |
| Remote recording depositions of Dana Miller and Emily White taken Feb. 18, 2022 via Zoom | 570.00T |
| Master Storage Media, on file | 67.50T |
| Text sync depositions (2 discs, mailed following receipt of transcripts and production of syncs) | 325.00T |
| Mailing/Handling | 6.25T |

Thank you for choosing TBC.
We accept ALL Major Credit Cards.
When scheduling your next video deposition, please ask for TBC Video.

| | |
|---|---|
| SUBTOTAL | 968.75 |
| TAX (0.0785) | 76.05 |
| TOTAL | 1,044.80 |
| BALANCE DUE | **$1,044.80** |



**TBC VIDEO**
P. O. BOX 20
GREENWOOD, MO 64034 US
(816)221-3376
sue@tbcvideo.com
www.tbcvideo.com

# INVOICE

**BILL TO**
Mr. Kirk D. Holman
Holman Schiavone LLC
4600 Madison, #810
Kansas City, MO 64112-1237

**INVOICE #** 56960
**DATE** 11/02/2022
**DUE DATE** 11/02/2022
**TERMS** Due on receipt

TAX ID: 43-1501995

| DESCRIPTION | AMOUNT |
|---|---|
| Mayfield v. Haahr | |
| Editing Miller and White depositions (2 MP4 files, uploaded) | 100.00T |

Thank you for choosing TBC.
We accept ALL Major Credit Cards.
When scheduling your next video deposition, please ask for TBC Video.

| | |
|---|---|
| SUBTOTAL | 100.00 |
| TAX (0.0785) | 7.85 |
| TOTAL | 107.85 |
| BALANCE DUE | **$107.85** |



**TBC VIDEO**
P. O. BOX 20
GREENWOOD, MO 64034 US
(816)221-3376
sue@tbcvideo.com
www.tbcvideo.com

# INVOICE

**BILL TO**
Mr. Kirk D. Holman
Holman Schiavone LLC
4600 Madison, #810
Kansas City, MO 64112-1237

**INVOICE #** 56997
**DATE** 11/16/2022
**DUE DATE** 11/16/2022
**TERMS** Due on receipt

TAX ID: 43-1501995

| DESCRIPTION | AMOUNT |
|---|---|
| Mayfield v. Haahr | |
| Re-Editing Miller and White depositions, remote/insert exhibits (2 MP4 files, uploaded) | 400.00T |

Thank you for choosing TBC.
We accept ALL Major Credit Cards.
When scheduling your next video deposition, please ask for TBC Video.

SUBTOTAL 400.00
TAX (0.0785) 31.40
TOTAL 431.40
BALANCE DUE **$431.40**

| | | |
|---|---|---|
| Transactio 10033961£ | TAD MAYFIELD | 1.61 |
| Transactio 10033961£ | TAD MAYFIELD | 20.29 |
| Transactio 10033961£ | TAD MAYFIELD | 17.27 |
| Totals for : 10033961£ | TAD MAYFIELD | 39.18 |
| Totals for ( 10033961£ | TAD MAYFIELD | 39.18 |

April Westlaw
5/10/21

| | | |
|---|---|---|
| Totals for 100339618 ×××××, ××××× | | ××.×× |
| Transactio 100339618 MAYFIELD, TAD | | 1.60 |
| Transactio 100339618 MAYFIELD, TAD | | 4.28 |
| Totals for ! 100339618 MAYFIELD, TAD | | 5.88 |
| Totals for ( 100339618 MAYFIELD, TAD | | 5.88 |

| | | |
|---|---|---|
| Totals for ××××××× SHOEMAKER | | ×.×× |
| Transactio 100339618 TAD MAYFIELD | | 4.79 |
| Transactio 100339618 TAD MAYFIELD | | 43.17 |
| Transactio 100339618 TAD MAYFIELD | | 21.40 |
| Totals for ! 100339618 TAD MAYFIELD | | 69.36 |
| Transactio 100339618 TAD MAYFIELD | | 372.00 |
| Totals for ! 100339618 TAD MAYFIELD | | 372.00 |
| Totals for ( 100339618 TAD MAYFIELD | | 441.36 |

Postage 7/14/21

# Postage

| Date | Firm (circle one) | Client | Postage Amount |
|---|---|---|---|
| 7/1 | (HS) RR | Mayfield, Tack | 8.55 × 2 |

From: npi.einvoice.notification@lexisnexis.com <npi.einvoice.notification@lexisnexis.com>
Sent: Thursday, November 3, 2022 12:44 AM
To: Anne Schiavone <ASchiavone@hslawllc.com>
Subject: LexisNexis Invoice Notification

You can securely view your full invoice details online by clicking here. This link will provide access to all the invoice data you need to verify your invoice and pay your LexisNexis invoice online. However, if you would like to send your payment through the mail, please print the attached PDF invoice and mail it to the address indicated on the invoice statement.

Below is a summary of your attached invoice:

Account Name and Number     **HOLMAN SCHIAVONE LLC,**

$265
TAD Mayfield

Invoice Number     3094169688

Invoice Date     10/31/2022

Invoice Amount

If you have questions, please contact LexisNexis® Customer Support at 1-800-262-2391 (Option 3, Option 1) to talk to a representative.

Sincerely,

LexisNexis® Customer Support



**Spark Classic Miles credit card | Visa Signature Business**

## Transactions (Continued)

| | | | | |
|---|---|---|---|---|
| ✓ Feb 23 | Feb 24 | SHERATON COUNTRY CLUB PLA816-9314400MO | Tad Mayfield | $147.30 |
| ✓ Nov 17 | Nov 19 | DOUBLETREE HOTELJEFFERSON CITMO | Mayfield-Trial | $1,080.02 |
| ✓ Nov 17 | Nov 19 | DOUBLETREE HOTELJEFFERSON CITMO | Mayfield-Trial | $899.80 |

Additional Information on the next page